AO 93 (Rev. 12/09) Search and Seizure Warrant (Page 2)

| Return | | |
|---|---|---|
| Case No.: 7:19-MJ-008 | Date and time warrant executed: 3/13/2019 3pm | Copy of warrant and inventory left with: defense counsel |
| Inventory made in the presence of : | | |

Inventory of the property taken and name of any person(s) seized:

A. Black apple iPhone Model MQ752LL/A, S/N FFMXRO85JC6C
B. Bottle of personal lubricant
C. Six condoms in wrapper
D. One paper towel
E. Two plastic gloves.

### Certification

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date: 5/3/2019

*Executing officer's signature*

Clay Hoverton, Special Agent
*Printed name and title*

AO 93 (Rev. 12/09) Search and Seizure Warrant

ORIGINAL

# UNITED STATES DISTRICT COURT
for the
Northern District of Texas

| | |
|---|---|
| In the Matter of the Search of<br>*(Briefly describe the property to be searched<br>or identify the person by name and address)*<br><br>Apple iPhone as listed in Attachment A<br>currently located at Sheppard Air Force Base, U.S. Air<br>Force Office of Special Investigations, Wichita Falls, TX | )<br>)<br>)  Case No.   7:19-MJ- 009<br>)<br>)<br>) |

## SEARCH AND SEIZURE WARRANT

To:     Any authorized law enforcement officer

An application by a federal law enforcement officer or an attorney for the government requests the search of the following person or property located in the      Northern     District of      Texas
*(identify the person or describe the property to be searched and give its location)*:

Apple iPhone as listed in Attachment A

The person or property to be searched, described above, is believed to conceal *(identify the person or describe the property to be seized)*:

See Attachment "B"

I find that the affidavit(s), or any recorded testimony, establish probable cause to search and seize the person or property.

**YOU ARE COMMANDED** to execute this warrant on or before    3-27-19
(not to exceed 14 days)

☒ in the daytime 6:00 a.m. to 10 p.m.    ☐ at any time in the day or night as I find reasonable cause has been established.

Unless delayed notice is authorized below, you must give a copy of the warrant and a receipt for the property taken to the person from whom, or from whose premises, the property was taken, or leave the copy and receipt at the place where the property was taken.

The officer executing this warrant, or an officer present during the execution of the warrant, must prepare an inventory as required by law and promptly return this warrant and inventory to United States Magistrate Judge
         Hal R. Ray, Jr.                                                        .
                  *(name)*

☐ I find that immediate notification may have an adverse result listed in 18 U.S.C. § 2705 (except for delay of trial), and authorize the officer executing this warrant to delay notice to the person who, or whose property, will be searched or seized *(check the appropriate box)*   ☐ for _____ days *(not to exceed 30)*.
                                      ☐ until, the facts justifying, the later specific date of _____.

Date and time issued:   3-13-19 @ 2:09 p.m.          *Hal R. Ray, Jr.*
                                                                    *Judge's signature*

City and state:   Fort Worth, Texas                  United States Magistrate Judge Hal R. Ray, Jr.
                                                              *Printed name and title*